IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SAFIYA GHORI-AHMAD**,<br><br>        Plaintiff,<br>vs.<br><br>**UNITED STATES COMMISSION ON INTERNATIONAL RELIGIOUS FREEDOM**,<br><br>        Defendant. | Civil Case No. 12-cv-00936-BJR |

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's Standing Order for Civil Cases, dkt. no. 14, Plaintiff Safiya Ghori-Ahmad and Defendant United States Commission on International Religious Freedom submit this notice to inform the Court that they have reached an agreement to settle this matter. The parties are submitting a Stipulation of Dismissal With Prejudice concurrent with this notice.

Respectfully submitted December 11, 2014

| | |
|---|---|
| _/s/_ Perry A. Lange_____ | JOYCE R. BRANDA |
| Eric Mahr (DC Bar # 494339) | Acting Assistant Attorney General |
| Perry A. Lange (DC Bar # 459350) | |
| Stacy E. Frazier (DC Bar # 986806) | RONALD C. MACHEN, JR. |
| April M. Elliott (DC Bar # 1017760) | United States Attorney |
| WILMER CUTLER PICKERING | |
| HALE & DORR LLP | RACHEL J. HINES |
| 1875 Pennsylvania Ave., NW | Assistant Branch Director |
| Washington, D.C. 20006 | Federal Programs Branch |
| Telephone: (202) 663-6000 | |
| Facsimile: (202) 663-6363 | /s/ Jennie L. Kneedler_____ |
| Email: perry.lange@wilmerhale.com | JENNIE L. KNEEDLER (DC Bar # 500261) |
| | ERIC J. SOSKIN (PA Bar #200663) |
| *Attorneys for Plaintiff* | BRADLEY P. HUMPHREYS (VA Bar # 83212) |
| | Trial Attorneys |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave. NW, Room 7308 |
| | Washington, D.C. 20530 |
| | Tel: (202) 305-8662 |
| | Fax: (202) 616-8470 |
| | E-mail: Jennie.L.Kneedler@usdoj.gov |
| | |
| | *Attorneys for Defendant* |