**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SAFIYA GHORI-AHMAD**<br><br>  Plaintiff,<br>vs.<br><br>**UNITED STATES COMMISSION ON INTERNATIONAL RELIGIOUS FREEDOM**<br><br>  Defendant. | Civil Case No. 12-cv-00936-BJR |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Safiya Ghori-Ahmad and Defendant the United States Commission on International Religious Freedom hereby stipulate and agree to the dismissal of this action with prejudice.

Respectfully submitted this 11th day of December, 2014.

| | |
|---|---|
| /s/ Perry A. Lange_____ | JOYCE R. BRANDA |
| Perry A. Lange (DC Bar # 459350) | Acting Assistant Attorney General |
| Eric Mahr (DC Bar # 494339) | |
| Stacy E. Frazier (DC Bar # 986806) | RONALD C. MACHEN, JR. |
| April M. Elliott (DC Bar # 1017760) | United States Attorney |
| WILMER CUTLER PICKERING | |
| HALE & DORR LLP | RACHEL J. HINES |
| 1875 Pennsylvania Ave., NW | Assistant Branch Director |
| Washington, D.C.  20006 | Federal Programs Branch |
| Telephone: (202) 663-6000 | |
| Facsimile: (202) 663-6363 | /s/ Jennie L. Kneedler_____ |
| Email: perry.lange@wilmerhale.com | JENNIE L. KNEEDLER (DC Bar # 500261) |
| | ERIC J. SOSKIN (PA Bar #200663) |
| *Attorneys for Plaintiff* | BRADLEY P. HUMPHREYS (VA Bar # 83212) |
| | Trial Attorneys |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave. NW, Room 7308 |
| | Washington, D.C. 20530 |
| | Tel: (202) 305-8662 |
| | Fax: (202) 616-8470 |
| | E-mail: Jennie.L.Kneedler@usdoj.gov |
| | |
| | *Attorneys for Defendant* |